In the Matter of HOWARD L. MONTGOMERY, an Attorney.— Application of Howard L. Montgomery to be reinstated as an attorney and counselor at law granted. Hill, P. J., Bliss, Schenck and Foster, JJ., concur; Crapser, J., dissents, on the ground that the record before the court does not entitle the said Howard L. Montgomery to reinstatement.

In the Matter of the Claim of ABRAHAM ZIMMERMAN, Appellant, against CAPITOL MILK BARS, INC., and EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of JENNIE WEIDLAND, Respondent, against NEW YORK ORTHOPÆDIC DISPENSARY AND HOSPITAL and THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of HARRY MOOSMAN, Respondent, against YORKDALE PRINTING CO., INC., and NEW YORK PRINTERS & BOOKBINDERS MUTUAL INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of JAMES V. MATESSA, Respondent, against THE PENNSYLVANIA RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal by employer from an award which is based on a finding that claimant, at the time he was accidentally injured, was not engaged in interstate railroad transportation. The sole issue is whether the Workmen's Compensation Law or the Federal Employers' Liability Act [U. S. Code, tit. 45, §§ 51–60] applies. There is evidence to sustain a finding that at the time of the accident the ferry boat involved carried no railroad passengers or vehicles, and was not being operated at the time in railroad service. The Federal Employers' Liability Act does not apply to ferry boats operated apart from railroad service. Award unanimously affirmed, with costs to the State Industrial Board. Present — Crapser, Acting P. J., Bliss, Heffernan, Schenck and Foster, JJ.